# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **AUSTIN ERICKSON**, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 2:19-cv-02551-JAR-TJJ |
| **HAZ-MAT RESPONSE, INC.,** | ) ) ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate that Plaintiff's action, including all claims asserted therein, is hereby dismissed with prejudice, with each party to bear its own costs.

Respectfully submitted,

CORNERSTONE LAW FIRM

By:  */s/ Joshua P. Wunderlich*
Joshua P. Wunderlich D. Kan. #78506
j.wunderlich@cornerstonefirm.com
8350 N. St. Clair Ave., Suite 225
Kansas City, MO 64151
Phone:            (816) 581-4040
Facsimile:       (816) 741-8889

ATTORNEY FOR PLAINTIFF

Respectfully submitted,

JACKSON LEWIS P.C.

By:  */s/ Camille L. Roe*
Kyle B. Russell   KS Bar #20457
Kyle.Russell@jacksonlewis.com
Camille L. Roe   KS Bar #26104
Camille.Roe@jacksonlewis.com
7101 College Blvd, Suite 1200
Overland Park, KS 66210
Phone:            (913) 981-1018
Facsimile:       (913) 981-1019

ATTORNEYS FOR DEFENDANT